**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 70 WAL 2019

           Respondent          :

                                  :   Petition for Allowance of Appeal from
                                  :   the Order of the Superior Court

           v.                     :

                                  :

KEITH VERNON DAVIS,           :

               Petitioner           :

## ORDER

**PER CURIAM**

      **AND NOW**, this 14th day of August, 2019, the Petition for Allowance of Appeal is **DENIED**.